1  WILLIAM M. SHERNOFF (SBN 38856)
   wshernoff@shernoff.com
2  SAMUEL L. BRUCHEY (SBN 271995)
3  sbruchey@shernoff.com
   **SHERNOFF BIDART ECHEVERRIA LLP**
4  600 South Indian Hill Boulevard
5  Claremont, California 91711
   Telephone: (310) 246-0503
6  Fax: (310) 246-03803
7  *Attorneys for Plaintiff Arsen Chaklasyan*

JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARSEN CHAKLASYAN,<br><br>Plaintiff,<br><br>vs.<br><br>MASS MUTUAL LIFE INSURANCE COMPANY; and DOES 1 through 50 inclusive,<br><br>Defendants. | Case No.: CV 18-669-GW-PLAx<br><br>**ORDER FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE**<br><br>Case Filed: December 19, 2017 |

Upon consideration of the Parties' Stipulation, and good cause appearing, IT IS HEREBY ORDERED that this action is dismissed in its entirety with prejudice as to all parties. Each party is to bear his or its own attorneys' fees and costs

IT IS SO ORDERED.

Dated: October 30, 2018

*George H. Wu*

Honorable George H. Wu
United States District Judge